# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

August 13, 2012

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO **Spokane**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 14 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

The Honorable Edward F. Shea
United States District Court
Federal Building
825 Jadwin Avenue, Room 320
Richland, WA 99352

RE: Jaramillo, Francis Gene
Docket No.: 2:10CR02107-001
**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Shea:

Mr. Jaramillo began his placement at the residential reentry center (RRC) on March 9, 2012. Since that time, he has located an appropriate release address which has been investigated by United Stated Probation Officer Jose Zepeda.

Mr. Jaramillo has followed all of the rules and requirements of the RRC facility. He has participated in drug testing since his placement began, with no indication of illicit drug use. Mr. Jaramillo has also been actively participating in both mental health and chemical dependency counseling while residing at the RRC. He is currently in total compliance with both.

Therefore, the undersigned probation officer respectfully recommends that Mr. Jaramillo be released from the RRC facility with all other conditions of supervised release to remain in effect.

August 13, 2012
Page 2

Should Your Honor require a different course of action, or require a Court appearance by Mr. Jaramillo, please advise the undersigned officer.

                                                Respectfully submitted,

                                                Scott M. Morse, Sr.
                                                Chief U.S. Probation Officer

                                                s/Patrick J. Dennis    08/13/2012
                                                Patrick J. Dennis         Date
                                                U.S. Probation Officer

APPROVED BY:


s/Matthew L. Thompson    08/13/2012
Matthew L. Thompson        Date
Supervising U.S. Probation Officer

PJD:vm


THE COURT ORDERS

[ ]   No Action
[X]  Release from Residential Reentry Center Placement
[ ]   Other

                                                                       Signature of Judicial Officer

                                                                       Date